IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DESIREE JORDAN-PHILADELPHIA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ATLANTA MEDICAL CENTER WELLSTAR, | : | CIVIL ACTION NO. 1:18-CV-1574-LMM-LTW |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [3]. In spite of this Court providing Plaintiff an extension of time to file objections through and including October 22, 2018, no objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and this matter is **DISMISSED, without prejudice** as frivolous.

**IT IS SO ORDERED** this 26th day of October, 2018.

_____
**Leigh Martin May
United States District Judge**